**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANUT VULGARIS, | ) CASE NO.  CV 12-4524-GW(PLAx) |
| Plaintiffs, | ) Assigned to Hon.  George H. Wu |
| | ) |
| v. | ) **ORDER RE DISMISSAL OF** |
| | ) **ACTION** |
| LOS ANGELES COUNTY, LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the stipulation of the parties and good cause appearing, this matter is hereby DISMISSED.

IT IS HEREBY SO ORDERED.

DATE:   January 6, 2014

_____
Hon. George H. Wu
United States District Court
Central District of California

S:\GW\CIVIL\Vulgaris 12-4524\LA12CV04524GW-O JS-6.wpd

1

**[PROPOSED] ORDER RE DISMISSAL OF ACTION**